UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PING MAY MARITIME LLC, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | |
| v. | * | NO.:20-2953 |
| | * | |
| JIANGSU STEAMSHIP PTE. LTD; | * | SECTION T (3) |
| JIANGSU STEAMSHIP CO. LTD; | * | |
| JIANGSU HUAXI OCEAN SHIPPING | * | JUDGE: GUIDRY |
| MANAGEMENT CO. LTD; and | * | |
| SPRING SUNSHINE SHIPPING LTD, | * | MAGISTRATE JUDGE: DOUGLAS |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*

### **F.R.C.P. RULE 41(a)(1) NOTICE OF DISMISSAL**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Ping May Maritime LLC, and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses without prejudice all claims presented in this matter against all defendants, Jiangsu Steamship Pte. Ltd., Jiangsu Steamship Co. Ltd., Jiangsu Huaxi Ocean Shipping Management Co. Ltd. and Spring Sunshine Shipping Ltd., in *personam*, and further moves to vacate and dismiss the writ of foreign attachment of the M/V SPRING SUNSHINE, *quasi in rem,* issued at plaintiff's request in this proceeding. Dismissal pursuant the Rule 41(a)(1) is proper because none of the defendants have made an appearance, filed an answer, or filed a motion for summary judgment.

Respectfully submitted,

MURPHY, ROGES, SLOSS,
  GAMBEL & TOMPKINS


*/s/ Peter B. Sloss*
_____
Peter B. Sloss (#17142)
psloss@mrsnola.com
Peter B. Tompkins (#17832)
ptompkins@mrsnola.com
John H. Musser, V (#22545)
jmusser@mrsnola.com
701 Poydras Street
Suite 400, Hancock Whitney Center
New Orleans, LA   70139
Telephone: (504) 523-0400
Facsimile: (504) 523-5574

**ATTORNEYS FOR PING MAY MARITIME LLC**

**OF COUNSEL:**

**ZEILER FLOYD ZADKOVICH (US) LLP**
Edward W. Floyd  ed.floyd@zeilerfloydzad.com
Luke F. Zadkovich luke.zadkovich@zeilerfloydzad.com
Timothy S. McGovern tim.mcgovern@zeilerfloydzad.com
Telephone: (917) 999 - 6914
215 Park Ave. South, 11th Floor
New York, New York 10003

4819-5980-3344, v. 1